**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

AMERICAN FAMILY CONNECT PROPERTY
& CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.                                                                                Case No. 22-10498

BRANDON D. WILLIAMS and
OLIVIA J. BELLESTRI,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE AND DIRECTING**
**PARTIES TO SUBMIT PERIODIC STATUS REPORTS**

    On June 27, 2022, the court conducted a telephone conference in the above-captioned matter. During the off-the-record conference, the parties agreed that continued litigation of the present matter is hindered by ongoing state court proceedings—particularly a criminal action involving Defendant Brandon Williams. The parties have mutually agreed to pause further litigation until after resolution of the state court criminal proceedings, and the court is satisfied that further court supervision is, at this point, unnecessary. The court will therefore administratively close this case until the parties notify the court that the relevant state court criminal proceedings have terminated or until it is otherwise practicable to proceed. Accordingly,

    IT IS ORDERED that the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights**. A party may reopen this case by filing a "Notice of Reopening." If such a notice is filed, the case will be

immediately reopened, with no further costs or fees to either party, and the litigation will proceed as if the case had not been closed.

     IT IS FURTHER ORDERED that counsel for the parties are DIRECTED to jointly submit a status report, in writing, every 90 days via e-mail to the court's case manager. The report shall update the court on any progression in the state court criminal proceedings, as well as any other developments pertaining to this case of which the court should be made aware.

                              s/Robert H. Cleland               /
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: June 29, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2022, by electronic and/or ordinary mail.

                              s/Lisa Wagner                  /
                              Case Manager and Deputy Clerk
                              (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\22-10498.AMERICANFAMILY.AdministrativeClosing.MAZ.docx