IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN FAMILY CONNECT
PROPERTY AND CASUALTY
INSURANCE COMPANY

           Plaintiff

v.

BRANDON D. WILLIAMS AND
OLIVIA J. BELLESTRI

           Defendants.

Case No. 3:22-cv-10498-GAD-CI
Hon. Gershwin A. Drain
Mag. Curtis Ivy, Jr.

_____

## **JUDGMENT**

For the reasons stated in the Court's Order Granting in Part and Denying in part Plaintiff's Motion for Summary Judgment (ECF No. 35) it is ORDERED AND ADJUDGED that: (1) Plaintiff American Family Connect Property and Casualty Insurance Company does not have a duty to defend and indemnify Defendant Brandon D. Williams for Counts I-IV of the Underlying Lawsuit and Plaintiff is entitled to reimbursement of costs incurred and (2) Plaintiff has a duty to defend and indemnify Brandon D. Williams for Counts V and VI of the Underlying Lawsuit.

The Court finds that there are no remaining legal or factual issues, and so orders the case to be CLOSED.

IT IS SO ORDERED.

Dated July 2, 2024　　　　　　　　　　s/Gershwin A. Drain  
　　　　　　　　　　　　　　　　　　Gershwin A. Drain  
　　　　　　　　　　　　　　　　　　United Stated District Judge